No. 81–1591.  CHASE MANHATTAN BANK, N.A. *v.* VISHIPCO LINE ET AL.  C. A. 2d Cir.  The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 81–1860.  J. P. STEVENS & CO., INC. *v.* NATIONAL LABOR RELATIONS BOARD ET AL.  C. A. 4th Cir.  Motion of petitioner to expedite consideration of the petition for writ of certiorari denied.

No. 81–1874.  SENTINEL GOVERNMENT SECURITIES ET AL. *v.* UNITED STATES.  C. A. 2d Cir.  Motion of petitioners to expedite consideration of the petition for writ of certiorari denied.

No. 81–6277.  IN RE DE VINCENT; and
No. 81–6342.  IN RE GREEN.  Petitions for writs of mandamus denied.

No. 81–1483.  IN RE WILLIAMS ET AL.  Motion of FLAG, Inc., for leave to file a brief as *amicus curiae* granted.  Petition for writ of mandamus denied.

No. 81–1578.  KRAMARSKY, COMMISSIONER, NEW YORK STATE DIVISION OF HUMAN RIGHTS, ET AL. *v.* DELTA AIR LINES, INC., ET AL.; KRAMARSKY, COMMISSIONER, NEW YORK STATE DIVISION OF HUMAN RIGHTS *v.* BURROUGHS CORP.; and KRAMARSKY, COMMISSIONER, NEW YORK STATE DIVISION OF HUMAN RIGHTS, ET AL. *v.* METROPOLITAN LIFE INSURANCE CO.  Appeals from C. A. 2d Cir.  Probable jurisdiction noted.  Reported below: 650 F. 2d 1287 and 666 F. 2d 21 (first case); 666 F. 2d 27 (second case); 666 F. 2d 26 (third case).

No. 81–1196.  SMITH *v.* WADE.  C. A. 8th Cir.  Certiorari granted.